GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

EDMUND K. SAFFERY          5860-0
   esaffery@goodsill.com
WAYNE R. WAGNER            10012-0
   wwagner@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Plaintiff
Penn-Star Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>vs.<br><br>YI-SUN CHIU; CHRISTY ZHENG LEI; MR. CHIU CONSTRUCTION LLC,<br><br>           Defendants. | CIVIL NO. 22-cv-00375 JMS-WRP (DECLARATORY JUDGMENT)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>JUDGE: Hon. J. Michael Seabright |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that Plaintiff Penn-Star Insurance Company ("Penn-Star")'s Complaint for Declaratory Judgment, filed on August 15, 2022 in the instant matter, is hereby dismissed with prejudice against Defendants Yi-Sun Chiu, Christy Zheng Lei, and Mr. Chiu Construction LLC's (collectively "Defendants").  This Stipulation is made pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii.

All claims against Defendants are dismissed with prejudice.  There are no remaining claims in the above-captioned lawsuit.  All parties shall bear their own attorneys' fees and costs.

This Stipulation has been signed by counsel for all parties who have made an appearance in this action.

DATED: Honolulu, Hawaii, May 30, 2025.

/s/ *Wayne R. Wagner*
EDMUND K. SAFFERY
WAYNE R. WAGNER

Attorneys for Plaintiff
PENN-STAR INSURANCE COMPANY

DATED: Honolulu, Hawaii, May 30, 2025.

/s/ *Wen Sheng Gao*
WEN SHENG GAO

Attorney for Defendants
YI-SUN CHIU, CHRISTY ZHENG LEI, and MR. CHIU CONSTRUCTION LLC

APPROVED AS TO FORM:



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

---

**Stipulation for Dismissal With Prejudice**
*Penn-Star Insurance Co. v. Yi-Sun Chiu et al.*, 22-cv-00375 JMS-WRP
United States District Court for the District of Hawaii

3